IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DARREN LYLE, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:15-cv-00063 |
| | ) Senior Judge Haynes |
| ENOCH GEORGE, et al., | ) |
| Defendants. | ) |

**O R D E R**

In accordance with the Memorandum filed herewith, the Court **ADOPTS** the Report and Recommendation (Docket Entry No. 57). Defendant Ashe's motion to dismiss (Docket Entry No. 40) is **GRANTED**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 23rd day of September, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge