UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DARREN LYLE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:15-cv-00063 |
| ENOCH GEORGE, *et al.*, | ) ) ) | CHIEF JUDGE CRENSHAW |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 71), to which Plaintiff did not file timely objections. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 51) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE